## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| A. DONALD GARDNER, and DYAMOND WHITE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>HCL America, Inc.,<br><br>    Defendant. | Case No. 0:20-cv-02340-ECT-DTS<br><br>**JOINT MOTION FOR SETTLEMENT APPROVAL** |

Plaintiffs A. Donald Gardner, Dyamond White, and Tolishia Roberts and Defendant, HCL America, Inc. ("HCL"), by and through their undersigned counsel, jointly move for Court approval of the mutually agreed-upon terms of settlement in this action under the Fair Labor Standards Act ("FLSA").

In support hereof, the Motion is made and based upon its Memorandum of Law and Declaration filed in connection with the Motion and all pleadings and papers on file in this action, together with such additional oral and documentary evidence as may be presented in connection with the hearing on the Motion.

Dated: August 27, 2021

BAILLON THOME JOZWIAK &
WANTA LLP

*/s/ Joni M. Thome*
Joni M. Thome, # 232087
Shawn J. Wanta, # 0389164
100 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Telephone: 612.349.2728
Facsimile: 612.235.3357
sjwanta@baillonthome.com

***Attorneys for Plaintiffs A. Donald Gardner, Dyamond White, and the proposed FLSA Collective***

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

*/s/ Molly E. Nephew*
Molly E. Nephew, MN # 397607
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Telephone: 612.339.1818
Facsimile: 612.339.0061
molly.nephew@ogletreedeakins.com

Thomas A. Lidbury, IL # 6211158
(Admitted *Pro Hac Vice*)
155 N. Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone: 317.916.1300
thomas.lidbury@ogletreedeakins.com

***Attorneys for Defendant
HCL America, Inc.***

47506392.2